UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br>　　　　　　Plaintiff,<br>　　v.<br>NAPA STATE HOSPITAL, et al.,<br>　　　　　　Defendants. | Case No. 22-cv-02202 BLF (PR)<br>**JUDGMENT** |

　　The Court has dismissed the instant civil rights action for lack of federal jurisdiction. Judgment is entered accordingly.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: ___January 4, 2023_____　　　　　　／s／ Beth Labson Freeman

　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.22\02202Pagaling_judgment